# RECONSIDERATION DOCKET

**94–1909. State ex rel. MTD Products, Inc. v. Indus. Comm.**
Franklin App. No. 93AP–1002. Reported at 76 Ohio St.3d 593, 669 N.E.2d 846. On motion for reconsideration. Motion denied.
F.E. SWEENEY, J., dissents.

**95–1683 and 95–1893. State v. Busch.**
Franklin App. Nos. 94APC11–1670 and 94APC11–1671. Reported at 76 Ohio St.3d 613, 669 N.E.2d 1125. On motion for reconsideration. Motion denied.
DOUGLAS, COOK and STRATTON, JJ., dissent.
On motion for leave to file *amicus* motion for reconsideration by Ohio Prosecuting Attorneys Association. Motion denied.

**96–802. Burkett v. Preble Cty. Bd. of Revision.**
Board of Tax Appeals, No. 95–D–761. Reported at 77 Ohio St.3d 1409, 670 N.E.2d 999. On motion for reconsideration. Motion denied.

**96–939. Smith v. Ohio Dept. of Human Serv.**
Clermont App. No. CA95–07–044. Reported at 76 Ohio St.3d 1492, 670 N.E.2d 240. On motion for reconsideration and on motion for stay pending appeal to the United States Supreme Court. Motions denied.

**96–963. Scott v. Spearman.**
Licking App. No. 95CA55. Reported at 76 Ohio St.3d 1495, 670 N.E.2d 242. On motion for reconsideration. Motion granted and discretionary appeal allowed.
MOYER, C.J., COOK and STRATTON, JJ., dissent.

**96–978. State v. Smith.**
Summit App. No. 16910. Reported at 76 Ohio St.3d 1492, 670 N.E.2d 240. On motion for reconsideration. Motion denied.

**96–1001. Evans v. Leona Culbertson Trust.**
Knox App. No. 9CA000031. Reported at 76 Ohio St.3d 1496, 670 N.E.2d 243. On motion for reconsideration. Motion denied.

**96–1030. Miller v. Bike Athletic Co.**
Belmont App. No. 94–B–52. Reported at 76 Ohio St.3d 1496, 670 N.E.2d 243. On motion for reconsideration. Motion granted and discretionary appeal allowed.
MOYER, C.J., COOK and STRATTON, JJ., dissent.

**96–1074. Vance v. Trimble.**
Franklin App. No. 95APE08–1020. Reported at 77 Ohio St.3d 1415, 670 N.E.2d 1003. On motion for reconsideration. Motion granted and discretionary appeal allowed.
MOYER, C.J., COOK and STRATTON, JJ., dissent.

**96–1113. Blackburn v. Tudor.**
Scioto App. No. 95CA2355. Reported at 77 Ohio St.3d 1416, 670 N.E.2d 1003. On. motion for reconsideration. Motion denied.

**96–1115. State v. Swiger.**
Tuscarawas App. No. 95AP030018. Reported at 77 Ohio St.3d 1412, 670 N.E.2d 1001. On motion for reconsideration. Motion denied.